**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANA MANLEY and
MICHELLE MANLEY,

    Plaintiffs,

v.                                        Case No.  8:10-cv-2388-T-30MAP

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.
_____/

**ORDER OF DISMISSAL**

      The Court has been advised via a Joint Status Report (Dkt. #11) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on January 10, 2011.

                                                                JAMES S. MOODY, JR.
                                                               UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2010\10-cv-2388.dismiss 11.wpd