UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANA and MICHELLE MANLEY,

    Plaintiffs,

v.                                                      Case No. 8:10-CV-2388-JSM-MAP

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.
_____/

## STIPULATION TO ORDER OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, DANA and MICHELLE MANLEY, and Defendant, GC SERVICES LIMITED PARTNERSHIP, by and through the respective undersigned counsel, and hereby stipulate to the dismissal, with prejudice, of this lawsuit.

Respectfully Submitted this 24th day of February, 2011.

| /s/ Frank T. Papa | /s/ Robert E. Sickles |
|---|---|
| Frank T. Papa, Esquire | Robert E. Sickles, P.A. |
| FL Bar # 150355 | rsickles@hinshawlaw.com |
| Law Offices of Robert M. Geller, P.A. | Florida Bar No. 167444 |
| 807 West Azeele Street | HINSHAW & CULBERTSON, LLP |
| Tampa, Florida 33606 | 100 South Ashley Drive, Suite 500 |
| Telephone: (813) 254-7687 | Tampa, Florida 33602-5301 |
| Facsimile: (813) 253-3405 | Tel: 813-276-1662 |
| E-mail: bob.rmglaw@verizon.net | Fax: 813-276-1956 |
| Attorneys for Plaintiffs | Attorneys for Defendant GC Services Limited Partnership |